Form 210A (12/09)

# United States Bankruptcy Court

EASTERN DISTRICT OF MICHIGAN

In Re: CLARKE; JODY                                    Case No. 0950329

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC | HSBC BANK NEVADA, N.A. |
| ----------------------------------------- | ----------------------------------------- |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
POB 41067
NORFOLK, VA 23541

Court Claim # (if known): 10
Amount of Claim: $2,494.66
Date Claim Filed: 07/23/2009

Phone: (877)829-8298
Last Four Digits of Acct # : 9590

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments
Should be sent (if different from above)
PO Box 12914
NORFOLK, VA 23541

Seller Information
HSBC BANK NEVADA, N.A.
POB 17906
San Diego CA 92177

Phone: (877)829-8298
Last Four Digits of Acct # : 9590

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy                                    Date: 2/23/2010
    -----------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571